SCHRATWIESER, Respondent, v. BROOKLYN DIAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by Christian Schratwieser against the Brooklyn Dial Company. No opinion. Judgment and order affirmed, with costs. See 73 N. Y. Supp. 1147.

SCHULTEIS, Appellant, v. SCHEPP, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by Christian H. Schulteis against Leopold Schepp. W. L. McCorkle, for appellant. J. F. Miller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.